# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4388

_____

LYNDAL WILKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

January 26, 2018

PER CURIAM.

DISMISSED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Lyndal Wilkins, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.